UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ERIKA QUALLS, as next friend for K.R., a minor, | ) ) | |
| | ) | 2:22-CV-00058-DCLC-CRW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HAWKINS COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendant. | | |

**ORDER**

The Court has received notice that the parties successfully mediated and reached a settlement in this action. Because settlement necessarily involves payment of funds to a minor, it is subject to Court approval. *See Green v. Nevers*, 111 F.3d 1295, 1301 (6th Cir. 1997) (when minors are involved in a settlement, the Court must make "an independent determination that the settlement [is] in the minor's best interest."). Accordingly, the parties are hereby **ORDERED** to file a motion for approval of the settlement on or before **December 1, 2023**. It is further **ORDERED** that the Final Pretrial Conference set for November 28, 2023, and the Jury Trial set for December 12, 2023, are **CANCELLED**.

    **SO ORDERED:**

                              s/ Clifton L. Corker
                              United States District Judge