# COLLINS SHIPLEY
## PLLC

CURT COLLINS •
COREY B. SHIPLEY
*ALSO LICENSED IN FLORIDA

102 SOUTH MAIN STREET
GREENEVILLE, TN 37743
www.collinsshipley.com
Office: (423) 972-4388
Fax: (423) 972-4387

T. HUNTER SHELTON
KRISTEN BLAIR
OF COUNSEL:
THOMAS J. WRIGHT

November 21, 2023

Hon. Clifton Corker
Via Hand Delivery

**FILED**
NOV 21 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Re: Qualls v. Hawkins County Board of Education, No. 2:22-CV-DCLC-CRW

Dear Judge Corker:

On November 9, 2023 it was my privilege to lead the parties in the above-referenced case, along with the Department of Justice, Civil Rights Division, through mediation. I am pleased to report that the parties worked extremely hard and were able to reach a resolution of all issues, including DOJ concerns that had yet to be formally asserted.

    As a result of the mediated agreement an Order of Dismissal, along with a Consent Decree entered by DOJ and the Defendant will be forthcoming. You may remove this case from your trial schedule.

    In addition, the pending Motion for Summary Judgment need not be decided and is withdrawn in light of the agreed disposition of all issues. If you have any questions or if I may further assist the Court in this matter, please let me know.

Very Truly Yours,

/s Thomas J. Wright

Thomas J. Wright

cc: Larry Crain
    Jeff Ward
    Chris McCarty
    AUSA Ben Cunningham
    AUSA J. Spencer Fair
    DOJ Trial Attorney Aziz Ahmad
    DOJ Trial Attorney Michelle Starke
    Clerk, USDC ED TN