UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| ERIKA QUALLS, as next friend for K.R., a minor, | ) ) ) |
| Plaintiff, | ) 2:22-CV-00058-DCLC-CRW ) ) |
| v. | ) ) |
| HAWKINS COUNTY BOARD OF EDUCATION, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The parties have filed Joint Motion for *pro ami* Settlement Approval of Minor's Claim and Approval of Attorney's Fees and Costs [Doc. 123]. The parties shall appear on **January 3, 2024, at 1:30 p.m. EST** via Zoom for a video hearing to determine the reasonableness of the proposed minor settlement. Erika Qualls, the mother of the minor child, shall appear with counsel as shall counsel for Defendant. The Clerk's office is directed to provide connection information to the parties via email.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge