UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ERIKA QUALLS, as next friend for K.R., a minor, | ) ) ) | |
| | ) | 2:22-CV-00058-DCLC-CRW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HAWKINS COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for *pro ami* Settlement Approval of Minor's Claim and Approval of Attorney's Fees and Costs ("Joint Motion") [Doc. 123]. The Court held a hearing on January 3, 2024 to determine whether the proposed settlement is in the best interests of the minor plaintiff—K.R (the "minor") and to determine the reasonableness of the requested attorney's fees and expenses. Based on the record, the Court finds:

1. all averments set forth in the Joint Motion are true, accurate, and otherwise correct;

2. the settlement of all claims that the minor may have against Defendant as a result of the Subject Incident, as defined in the Settlement Agreement, is in the best interests of the minor;

3. the settlement amount, as set forth in the Settlement Agreement, is reasonable and appropriate to compensate the minor; and

4. the attorney's fees in the amount of $44,000 and expenses in the amount of $6,180.88 requested by Plaintiff's counsel are reasonable and approved.

Accordingly, the parties' Joint Motion [Doc. 123] is **GRANTED**. It is hereby **ORDERED** that the settlement of the minor's claims in this matter is **APPROVED**.

1

Defendant shall pay a total of $110,000.00 to the Court. The Clerk is directed to disburse $50,180.88 to Plaintiff's counsel for the attorney's fees and expenses approved herein and deposit the remaining funds in an interest-bearing account to be disbursed solely for the educational needs of K.R. with leave of Court. The Clerk is further directed to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge