UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ERIKA QUALLS, as next of friend for K.R., )
a minor )
)
Plaintiff, )
)
v. )     No. 2:22-CV-00058-DCLC-CRW
)
HAWKINS COUNTY BOARD OF )
EDUCATION, )
)
Defendant. )

**ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 20]. Plaintiff Erika Qualls, as next of friend for K.R., a minor, has moved the Court to authorize the release of settlement funds to K.R. "for use in furtherance of his college education." [Pl.'s Mot. to Release of Funds, Doc. 130, at 1; Pl.'s Am. Mot. for Release of Funds, Doc. 137, at 1]. Defendant Hawkins County Board of Education does not oppose Plaintiff's motions. [Def.'s Notice, Doc. 132, at 1]. Magistrate Judge Wyrick recommends the Court grant Plaintiff's motions, [R. & R. at 2–3], and both parties have filed notices of no objections to Magistrate Judge Wyrick's report and recommendation, 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions . . . when neither party objects to those findings.").

Having carefully reviewed the record, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Judgment Order,

Plaintiff's motions [Docs. 130 & 137] are **GRANTED**, and the Clerk's Office is **DIRECTED** to release and disburse the settlement funds as follows:

1.  $20,000.00 to be held in Plaintiff's counsel's trust account and to be used for the purchase of a vehicle for K.R. so that he may travel to and from Erskine College and travel locally while enrolled in Erskine College, in aid of his education;

    a.  If Plaintiff purchases a vehicle for less than $20,000.00 and the remainder of funds totals $2,000.00 or less, that remainder shall be disbursed to K.R. for his use toward discretionary expenses that he incurs during his fall semester at Erskine College;

    b.  If Plaintiff purchases a vehicle for less than $20,000.00 and the remainder of funds totals more than $2,000.00, that remainder shall be held in Plaintiff's counsel's trust account pending further order of the Court;

2.  $427.10 to Plaintiff Erika Qualls, as reimbursement for fees and expenses that she has advanced out of pocket to Erskine College on behalf of K.R.; and

3.  $14,305.00 to Erskine College, at a mailing address that Plaintiff's counsel will provide to the Clerk's Office, for K.R.'s tuition for the fall semester.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

2